Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Walter Gruetter II,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No: 2:20-cv-01127-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, March 1, 2021, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  01/29/21                                     / s / Joseph C. Fraulob
                                                                Joseph C. Fraulob
                                                                Attorney for Plaintiff

Dated:  01/29/21                                     / s / Geralyn Gulseth
                                                                Geralyn Gulseth
                                                                Special Assistant U.S. Attorney
                                                                Attorney for Defendant

IT IS ORDERED.

Date: 02/01/21                                        _____
                                                                ALLISON CLAIRE
                                                                UNITED STATES MAGISTRATE JUDGE