Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Brian Walter Gruetter II,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Civil Action No: 2:20-cv-01127-AC

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, March 31, 2021, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  03/01/21　　　　　　　　　　　/ s / Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  03/01/21　　　　　　　　　　　/ s / Sathya Oum
　　　　　　　　　　　　　　　　　　　Sathya Oum
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS ORDERED.

Date: 03/02/21

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE