HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GRUETTER,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIV. NO. 2:20-CV-01127-AC<br><br>STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Dated: March 31, 2021            / s / *Joseph C. Fraulob*
                                 JOSEPH C. FRAULOB
                                 Attorney for Plaintiff

Dated: March 31, 2021            / s / *Sathya Oum*
                                 (As authorized via email March 31, 2021)
                                 SATHYA OUM
                                 Special Assistant U.S. Attorney
                                 Attorney for Defendant

ORDER

APPROVED AND SO ORDERED

Date: April 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE